# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

U S Commodity Futures Trading Commission

                                     Plaintiff,

v.                                                                        Case No.: 1:11−cv−06210
                                                                          Honorable Ruben Castillo

O.C.M. Online Capital Markets Limited

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 14, 2012:

      MINUTE entry before Honorable Ruben Castillo:The Court hereby enters a default against defendant O.C.M. Online Capital Markets Limited for failure to timely appear, answer or otherwise plead to Plaintiff's complaint. The Court will retain jurisdiction to enter a final judgment order. The status hearing set for 2/29/2012 is vacated. Plaintiff is free to file a motion for entry of a final injunction order and judgment.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.