IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> O.C.M. ONLINE CAPITAL MARKETS LIMITED, <br><br> Defendant. | Civil Action No.: 1:11-cv-06210 <br><br> Judge Ruben Castillo <br><br> Magistrate Judge Martin C. Ashman |

## AGREED MOTION TO ENTER CONSENT ORDER FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF

Plaintiff Commodity Futures Trading Commission and Defendant O.C.M. Online Capital Markets Limited respectfully request the Court to enter the attached [Proposed] Consent Order for Permanent Injunction and Other Equitable Relief Against O.C.M. Online Capital Markets Limited ("proposed Consent Order") (attached as Exhibit A), which both parties have signed. In support of this Agreed Motion, the parties state the following:

1. On October 11, 2012, the parties filed an Agreed Status Report advising this Court that the parties had reached an agreement to settle the case and entered into a proposed Consent Order. The Agreed Status Report also reported that the CFTC's Commissioners needed to give their final authorization and approval of the settlement terms contained in the proposed Consent Order before submission to the Court for consideration.

2. The Commission has approved the settlement and the parties have executed the proposed Consent Order. Accordingly, the parties request that this Court approve and enter the Proposed Consent Order disposing of all remaining issues in this matter.

WHEREFORE, the parties respectfully request the Court to grant this Motion and enter the proposed Consent Order.

Date: February 12, 2013

Respectfully Submitted,

PLAINTIFF COMMODITY FUTURES TRADING COMMISSION

/s/ David Chu

---

David Chu
Trial Attorney
California Bar No. 242046

Ava M. Gould
Chief Trial Attorney
Illinois ARDC No. 06194202

Scott R. Williamson
Deputy Regional Counsel
Illinois ARDC No. 06191293

Rosemary Hollinger
Regional Counsel
Illinois ARDC 3123647

Attorneys for Plaintiff
Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, IL 60661

(312) 596-0642 (Chu)
(312) 596-0535 (Gould)
(312) 596-0560 (Williamson)
(312) 596-0520 (Hollinger)
(312) 596-0700 (office)
(312) 596-0714 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned, an attorney with the Commodity Futures Trading Commission, certifies that on February 12, 2013, I caused to be electronically filed the below document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the registered participants, and I also certify that I caused to be served a copy of the following:

- **AGREED MOTION TO ENTER CONSENT ORDER FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF**

via email and U.S regular mail, to the party on the below service list on February 12, 2013.

/s/ David Chu

David Chu
Trial Attorney
(312) 596-0642
dchu@cftc.gov

**Service List**

DEFENDANT'S COUNSEL
Robert P. Bramnik
Duane Morris LLP
190 S. LaSalle St. Ste. 3700
Chicago, IL 60603-3433
RPBramnik@duanemorris.com