# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 6210 | **DATE** | 2/20/2013 |
| **CASE TITLE** | Commodity Futures Trading Commission vs. O.C.M. Online Capital Markets | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 2/20/2013. Parties' agreed motion to enter consent order for permanent injunction and other equitable relief [36] is granted. Enter Consent Order for Permanent Injunction and Other Equitable Relief Against Defendant O.C.M. Online Capital Markets Limited. The Court will retain jurisdiction to enforce the Consent Order. Defendant's motion to vacate default order entered on 2/14/12 [27] and Plaintiff's motion for leave to file a surreply in opposition to Defendant's motion to vacate default order entered on 2/14/12 [33] are denied as moot.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:05

2013 FEB 20 PM 4:46
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|